THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Wellington Cannon, III, ppellant.
 
 
 

Appeal From Darlington County
 James E. Lockemy, Circuit Court Judge
Unpublished Opinion No.  2008-UP-182
Submitted March 3, 2008  Filed March 17,
 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for
 Respondent.
 
 
 

PER CURIAM: Wellington Cannon,
 III appeals his sentence for distribution of crack cocaine and distribution of
 crack cocaine within the proximity of a school.  On appeal, Cannon argues his
 sentence is unconstitutionally disproportionate and constitutes cruel and
 unusual punishment.  Cannons
 counsel attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  Cannon did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Cannons appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.